UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JASON D. JONES**                                                   **CIVIL ACTION**

**VERSUS**                                                                  **NO.   15-7137**

**HEATHER WARNER**                                          **SECTION "E" (4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jason D. Jones's 42 U.S.C. § 1983 claims against Sergeant Heather Warner is **DISMISSED WITH PREJUDICE** as frivolous and otherwise failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana this 16th day of August, 2016.

                                                                             _____
                                                                             **UNITED STATES DISTRICT JUDGE**